AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

7/37/5

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 00-00200HG (01) |
| THOMAS WILLIAMS | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 5 2006

at 2 o'clock and 40 min. P M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST THOMAS WILLIAMS and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with AN ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

RECEIVED
2006 AUG 14 PM 1:00
U.S. MARSHALS SERVICE
HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | AUGUST 14, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL     By: Helen Gillmor, Chief United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received 8/14/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cohe USM | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| Date of Arrest 8/15/06 | | |