# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 22, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00200HG |
| CASE NAME: | UNITED STATES OF AMERICA v. THOMAS WILLIAMS |
| ATTYS FOR PLA: | Thomas C. Koenig |
| ATTYS FOR DEFT: | Shanlyn A.S. Park |
| U.S.P.O.: | Frank M. Condello, II |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | August 22, 2006 | TIME: | 10:00 - 10:20 |

COURT ACTION:   ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (01) THOMAS WILLIAMS -

The defendant is present in custody.

The defendant admitted to Violation Nos. 1 and 2.

Defendant's Oral Motion to Continue Hearing to Conduct Discovery on Violation No. 3 is GRANTED.

Further hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked is set for September 29, 2006 @ 11:00 a.m.

David H. Hisashima, Courtroom Manager
Mary Rose Feria, Courtroom Manager