# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 29, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00200HG |
| CASE NAME: | UNITED STATES OF AMERICA v. (02) THOMAS WILLIAMS |
| ATTYS FOR PLA: | Thomas C. Koenig |
| ATTYS FOR DEFT: | Shanlyn A.S. Park, AFPD |
| U.S.P.O.: | Frank M. Condello, II |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | September 29, 2006 | TIME: | 11:00 - 11:30 |

COURT ACTION:    SENTENCING TO AN INFORMATION -

The defendant is present in custody.

The defendant admitted to Violation No 3 (previously admitted to Violations Nos. 1 and 2 on August 22, 2006).

The Court finds that this is a Grade C violation, Criminal History Category II.

Allocution by Ms. Park on behalf of the defendant.

Supervised Release is revoked.

ADJUDGED: Impr of twelve (12) months as to each of Counts 1, 2, and 3, all such terms to run concurrently.

No supervised release imposed.

Advised of rights to appeal the sentences, etc.

Submitted by: Mary Rose Feria, Courtroom Manager