AO 245D  (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## District of Hawaii

OCT 1 0 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **THOMAS WILLIAMS** | Criminal Number: **1:00CR00200HG** |
| (Defendant's Name) | USM Number: 87753-022 |
| | **Shanlyn A.S. Park, AFPD** |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of Standard Condition No. 2, Standard Condition No. 7, and Standard Condition No. 9 of the term of supervision.
[ ] was found in violation of condition(s) \_\_\_\_ after denial or guilt.

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) \_\_\_\_ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 29, 2006
Date of Imposition of Sentence

_/s/ Helen Gillmor_
Signature of Judicial Officer

Defendant's Soc. Sec. No.:   **0089**

Defendant's Residence Address:
**Honolulu, Hawaii 96817**

Defendant's Mailing Address:
**Honolulu, Hawaii 96817**

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

10·6·06
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:00CR00200HG
DEFENDANT: THOMAS WILLIAMS

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. | The subject's urine specimen of 5/30/2006 tested positive for marijuana. | |
| 2. | The subject associated with Natashia Baza, a convicted felon on 5/24/2006 and 6/27/2006. | |
| 3. | The subject failed to report to the Probation Officer on 7/31/2006. | |

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
              Sheet 2 - Imprisonment

CASE NUMBER:     1:00CR00200HG                                       Judgment - Page 3 of 3
DEFENDANT:       THOMAS WILLIAMS

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 MONTHS.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

      Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

 

                                                                          _____
                                                                              UNITED STATES MARSHAL

                                                        By     _____
                                                                                      Deputy U.S. Marshal