AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:    1:00CR00200HG                                    Judgment - Page 3 of 3
DEFENDANT:      THOMAS WILLIAMS

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 MONTHS.

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district at 2 o'clock and 35 min. P.M.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 16 2006
SUE BEITIA, CLERK

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on    02 NOV 2006    to    FEDERAL DETENTION CENTER
                                                P.O. BOX 30547
                                                HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

                                    John T. Rathman
                                    UNITED STATES MARSHAL
                                    WARDEN

                            By      J. Lumia
                                    Deputy U.S. Marshal
                                    Legal Tech